AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| DALIT COHEN and MELANIE WOHL on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>ELIXIR COSMETICS OPCO, LLC,<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-03327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    ELIXIR COSMETICS OPCO, LLC,
    c/o CSC - Lawyers Incorporating Service
    2710 Gateway Oaks Drive
    Sacramento, CA 95833

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Michael D. Braun, Esq.
    Kuzyk Law, LLP
    2121 Avenue of the Stars, Ste. 800
    Los Angeles, CA 90067

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

    DOUGLAS C. PALMER
    *CLERK OF COURT*

Date: _____    _____
    *Signature of Clerk or Deputy Clerk*